# Exhibit 1

PDF processed with CutePDF evaluation edition www.CutePDF.com

Paul Jones
79 Thompson Street
Springfield, Ma 01109
Pj22765@gmail.com

Carter Business Services
150A Andover Street
Danvers, Ma 01923                                        December 13, 2020

RE ACCT #: 93950

Certified Return Receipt # 7019 1120 0000 0061 2132

### 3rd DEBT VALIDATION

Thank you for your recent inquiry. This is not a refusal to pay, but a notice that your claim is disputed, this is my 3rd debt validation after no response, I even sent your registered agent a copy of the Debt validation and a copy of the complaint and it came back although Elisa Ekstrom is listed as on the Massachusetts Secretary of States website (See copy of return envelope attached) I am now sending it certified with a return receipt.

This is a request for validation made pursuant to the  Massachusetts Debt Validation 940 CMR 7.08  & Fair Debt Collection Practices Act regarding the bill I received on or about September 23, 2020. I am requesting a "validation of debt:" that is, competent evidence that I have some contractual obligation to pay you. Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of all claims against me, and your agreement to compensate me for all costs and attorney's fees.

I will be filing the attached lawsuit in 14 days if I don't hear from your company regarding this matter only contact me through email or USPS, do not call my cell phone at all.

Sincerely,

Paul Jones

Paul Jones

79 Thompson Street

Springfield, Ma 01109


Carter Business Services

150A Andover Street

Danvers, Ma 01923                                                    October 16, 2020


RE ACCT #: 93950


Certified Return Receipt # 7019 1120 0000 0065 0172


## DEBT VALIDATION


Thank you for your recent inquiry. This is not a refusal to pay, but a notice that your claim is disputed.


This is a request for validation made pursuant to the  Massachusetts Debt Validation 940 CMR 7.08  & Fair Debt Collection Practices Act regarding the bill I received on or about September 23, 2020. I am requesting a "validation of debt:" that is, competent evidence that I have some contractual obligation to pay you. Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of all claims against me, and your agreement to compensate me for all costs and attorney's fees.


Sincerely,


Paul Jones

Paul Jones
79 Thompson Street
Springfield, Ma 01109

Carter Business Services
150A Andover Street
Danvers, Ma 01923                                          October 26, 2020

C/O Registered Agent
Elisa Ekstrom
12 TEAL ROAD
WAKEFIELD,  MA  01880

RE: Lawsuit
Certified Return Receipt # 7019 1120 0000 0061 1722


Please let this serve as a Notice of Intent to Sue, I Paul Jones will file the attached complaint on
November 16, 2020 , this is an opportunity for Carter Business Services to settle the above
matter, you have repeatedly called my cellular telephone without permission and left several
computerized voice message and pulled my credit report and is on my credit report reporting that
I owe Carter Business Service Inc a debt.

I have never applied for a line of credit with you and I have no debt with Carter Business
Services, please govern yourselves appropriately, I can be contacted only by email or my mailing
address which is at the top of page, please do not call my telephone number Thank you.


Sincerely,


Paul Jones



USPS TRACKING #

9590 9402 2891 7069 1372 09

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

PAUL JONES
79 Thompson, Street
Springfield, MA 01109

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carter Business Services
150 A Andover St
Danvers, MA 01923

9590 9402 2891 7069 1372 09

2. Article Number (Transfer from service label)
7019 1120 0000 0061 2132

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 12-18

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $3.55
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage  $1.60
$

Total Postage and Fees  $5.00
$

12/15/2020

Sent To  Carter Business Services
Street and Apt. No., or PO Box No.  150 A Andover Street
City, State, ZIP+4®  Danvers MA 01923

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $3.55
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage  $0.55
$

Total Postage and Fees  $4.10
$

10/20/2020

Sent To  Carter Business Services
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions