UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES,

          Plaintiff,

v.

CARTER BUSINESS SERVICE INC

JANE DOE

JOHN DOE

          Defendants.

Civil Action No. 21cv11589

MOTION TO FILE ELECTRONICALY

Now comes the plaintiff to ask the court to allow him to file through the courts electronic system (Pacer) to file all pleadings on this 28th day of September 2021.

Paul Jones

Pj22765@gmail.com

572 Park Street

Stoughton, Ma 02072

USMS SCREENED