UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>        Plaintiff,<br><br>v.<br><br>CARTER BUSINESS SERVICE, INC.,<br><br>        Defendant. | CIVIL ACTION NO.   1:21-cv-11589 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

    The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

| PLAINTIFF, | CARTER BUSINESS SERVICE, INC.<br>By its attorney, |
|---|---|
| */s/ Paul Jones*<br>Paul Jones<br>572 Park Street<br>Stoughton, MA  02072 | */s/ John J. O'Connor*<br>John J. O'Connor, Esq.<br>BBO# 555251<br>PEABODY & ARNOLD LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 951-2100<br>joconnor@peabodyarnold.com |

Dated:  February 3, 2022

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2022, a copy of the foregoing was served via First-Class Mail upon the following:

Paul Jones, *pro se*
572 Park Street
Stoughton, MA  02072

                                            */s/ John J. O'Connor*
                                            John J. O'Connor

2292233
15985-207506

2